# Court of Appeals
# of the State of Georgia

ATLANTA,  December 18, 2017

*The Court of Appeals hereby passes the following order:*

**A18E0027.  DAKER v. GEORGIA DEPARTMENT OF CORRECTIONS.**

Upon consideration of Waseem Daker's "Motion for Extension of Time to File Application for Discretionary Appeal," the same is hereby GRANTED. Daker is granted a 30-day extension from Tuesday, January 2, 2018, or until Thursday, February 1, 2018, to file an application for discretionary appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/18/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*